IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMAR WILSON,

        Plaintiff,                       14cv1654
                                            **ELECTRONICALLY FILED**

        v.

SUPERINTENDANT ROBERT GILMORE,
ET AL.,

        Defendants.

## Order of Court

This case was commenced on December 8, 2014, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(l), and the Local Rules of Court for Magistrate Judges. Defendant Gilmore filed a Motion to Dismiss (doc. no. 11), and on June 1, 2015, Magistrate Judge Lenihan filed a Report and Recommendation (doc. no. 19) recommending that the motion to dismiss be denied. The parties were advised that written objections to the Report and Recommendation were to be filed within 14 days of the date of service (service on Defendant Gilmore was made on June 1, 2015 electronically).

The time has now passed for filing written objections and no party has filed any objection. This Court has reviewed the matter and concludes that the Report and Recommendation correctly analyzes the issues and makes a sound recommendation. Accordingly, after *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

**And now,** this 22nd day of June, 2015, the Motion to Dismiss filed by Defendant Gilmore (doc. no. 11) is DENIED; and the Report and Recommendation of June 1, 2015 (doc. no. 19) is affirmed and adopted as the Opinion of the Court.

**SO ORDERED** this 22nd day of June, 2015.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All Registered ECF Counsel and Parties

Jamar Wilson
JM8436
175 Progress Drive
Waynesburg, PA 15370